**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Metropolitan Life Insurance Company,

Plaintiff,

vs.

Beth Ann Stryeski, Lisa Marie Stryeski, Jacqueline Stanley on behalf of herself and as Guardian of her minor children, Max Stryeski, Jake Stryeski and Alex Stryeski, Joseph S. Klecatsky & Sons Funeral Home,

Defendants.

Civil No. 02-CV-403 DSD/JMM

**ORDER EXTENDING TIME TO ANSWER**

This matter came before the Court on the stipulation of the plaintiff and defendants Beth Ann Stryeski and Lisa Marie Stryeski to an order extending the time for Beth Ann Stryeski and Lisa Marie Stryeski to answer the Complaint for Interpleader in this action.

Based on all the files, records, proceedings, and the parties' stipulation,

IT IS HEREBY ORDERED that Beth Ann Stryseki and Lisa Marie Stryeski shall have until April 1, 2002 to answer or otherwise defend against the Complaint for Interpleader in this action.

Dated: 3/15/02

JOHN M. MASON
UNITED STATES MAGISTRATE JUDGE

M2:20449015.01

MAR 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

FROM (WED) 3. 13' 02 10:31/ST. 10:30/NO. 4862018399 P 3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Metropolitan Life Insurance Company,

Plaintiff,

vs.

Beth Ann Stryeski, Lisa Marie Stryeski, Jacquelin e Stanley on behalf of herself and as Guardian of her minor children, Max Stryeski, Jake Stryeski and Alex Stryeski, Joseph S. Klecatsky & Sons Funeral Home,

Defendants.

Civil No. 02-CV-403 DSD/JMM

**STIPULATION TO ORDER EXTENDING TIME TO ANSWER**

Plaintiff and Defendants Beth Ann Stryeski and Lisa Marie Stryeski, through themselves or their undersigned counsel, hereby stipulate under Fed. R. Civ. P. 15 that the Court may enter the attached order without further notice or a hearing.

Dated: 3/13/02, 2002

Beth Ann Stryeski
Beth Ann Stryeski
56 Valley Trail Drive
Winona, MN 55987

Dated: 3/13/02, 2002

Lisa Marie Stryeski
Lisa Marie Stryseki
540 Northern Hills Drive NE, #58
Rochester, MN 55906

P. 2/5 NO. 121 SODEXHOMARRIOTT MAR. 13. 2002 10:42AM
RECEIVED MAR-13-02 11:40 FROM-6086876412 TO-FAEGRE&BENSON PAGE 01

Dated: 3/13/ , 2002

FAEGRE & BENSON LLP

Erin K. Turner

Diana Young Morrissey (#147977)
Erin K. Turner (#305923)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55420-3901
(612) 766-7000
(612) 766-1600 (facsimile)

Attorneys for Interpleader Plaintiff
Metropolitan Life Insurance Company