**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Metropolitan Life Insurance Company,

Plaintiff,

vs.

Beth Ann Stryeski, Lisa Marie Stryeski, Jacqueiline Stanley on behalf o herself and as Guardian of her minor children, Max Stryeski, Jake Stryeski and Alex Stryeski, Joseph S. Klecatsky & Sons Funeral Home,

Defendants.

**Civil No. 02-CV-403 DSD/JMM**

**ORDER EXTENDING TIME TO ANSWER**

This matter came before the Court on the stipulation of the plaintiff and defendant Lisa Marie Stryeski to an order extending the time for Lisa Marie Stryeski to answer the Complaint for Interpleader in this action.

Based on all the files, records, proceedings, and the parties' stipulation,

IT IS HEREBY ORDERED that Lisa Marie Stryeski shall have until ~~April 15~~, 2002 Apr. 12 2002 JMM to answer or otherwise defend against the Complaint for Interpleader in this action.

Dated: 3/27/02

JOHN M. MASON
UNITED STATES MAGISTRATE JUDGE

M2:20450713.01

MAR 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Metropolitan Life Insurance Company,

Plaintiff,

vs.

Beth Ann Stryeski, Lisa Marie Stryeski, Jacqueiline Stanley on behalf o herself and as Guardian of her minor children, Max Stryeski, Jake Stryeski and Alex Stryeski, Joseph S. Klecatsky & Sons Funeral Home,

Defendants.

**Civil No. 02-CV-403 DSD/JMM**

**STIPULATION TO ORDER EXTENDING TIME TO ANSWER**

Plaintiff and Defendant Lisa Marie Stryeski, through themselves or their undersigned counsel, hereby stipulate under Fed. R. Civ. P. 15 that the Court may enter the attached order without further notice or a hearing.

Dated: March 21, 2002

GULLICKSON, PETERSON & ZIEBELL

Paul E Delougherty

Paul Delou'ghery (#292084)
119 6th Street SW
Suite C
Rochester, MN 55902
(507) 282-5850
(507) 282-8900 (facsimile)

Attorney for Lisa M. Stryeski

Dated: 3/20, 2002

FAEGRE & BENSON LLP

Erin K. Turner

Diana Young Morrissey (#147977)
Erin K. Turner (#305923)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

Attorney for Metropolitan Life Insurance Company

FILED MAR 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK