UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Metropolitan Life Insurance Company,

Plaintiff,

vs.

Beth Ann Stryeski, Lisa Marie Stryeski, Jacqueline Stanley on behalf of herself and as Guardian of her minor children, Max Stryeski, Jake Stryeski and Alex Stryeski, Joseph S. Klecatsky & Sons Funeral Home,

Defendants.

Cv 02-403 DSD/JMM

ORDER EXTENDING TIME TO ANSWER

This matter came before the Court on the stipulation of the plaintiff and defendant Beth Ann Stryeski to an order extending the time for Beth Ann Stryeski to answer the Complaint for Interpleader in this action.

Based on all the files, records, proceedings, and the parties' stipulation,

IT IS HEREBY ORDERED that Lisa Marie Stryeski shall have until ~~April 15,~~ April 12 2002 to answer or otherwise defend against the Complaint for Interpleader in this action.

Dated: 4/2/02

JOHN M. MASON
UNITED STATES MAGISTRATE JUDGE

FILED APR 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Metropolitan Life Insurance Company,

Plaintiff,

vs.

Beth Ann Stryeski, Lisa Marie Stryeski, Jacqueline Stanley on behalf of herself and as Guardian of her minor children, Max Stryeski, Jake Stryeski and Alex Stryeski, Joseph S. Klecatsky & Sons Funeral Home,

Defendants.

STIPULATION TO ORDER EXTENDING TIME TO ANSWER

Plaintiff and Defendant Beth Ann Stryeski, through themselves or their undersigned counsel, hereby stipulate under Fed. R. Civ. P. 15 that the Court may enter the attached order without further notice or a hearing.

GULLICKSON, PETERSON & ZIEBELL, P.L.L.P.

Paul E. Delougherey
Paul E. Delougherey
Atty. ID #292084
119 Sixth St. SW, Suite C
Rochester, MN 55902
507-282-5850

Attorney for Lisa M. Stryeski and Beth A. Stryeski

FAEGRE & BENSON, LLP

Erin K. Turner
Diana Young Morrissey (#147977)
Erin K. Turner (#305923)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-7000

Attorney for Metropolitan Life Insurance Company

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK