**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Metropolitan Life Insurance Company,

Plaintiff,

vs.

Beth Ann Stryeski, Lisa Marie Stryeski, Jacqueline Stanley, Max Stryeski, Jake Stryeski, Alex Stryeski and Joseph S. Klecatsky & Sons Funeral Home,

Defendants.

**Civil No. 02-403 (DSD/~~JMM~~ SRN)**

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

The parties to this action have agreed to resolve this dispute under terms set forth in a Release and Settlement Agreement attached hereto as Exhibit A. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Metropolitan Life Insurance Company and Defendants Beth Ann Stryeski, Lisa Marie Stryeski, and Jacqueline Stanley on behalf of herself and as Guardian of her minor children that this entire lawsuit may be, and hereby is, dismissed with prejudice, and without costs of disbursements to any party.

FILED 7-23-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 7-23-02
DEPUTY CLERK

Dated: July 18, 2002

FAEGRE AND BENSON LLP

Erin K. Turner

Diana Young Morrissey (#147977)
Erin K. Turner (#305923)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

ATTORNEYS FOR
INTERPLEADER PLAINTIFF

Dated: July 1, 2002

Jacqueline Stanley

Jacqueline Stanely
1304 Aspen Drive
Burnsville, MN 55337
(952) 953-9941

Dated: July 17, 2002

GULLICKSON, PETERSON & ZIEBELL

Paul Deloughery (#292084)
119 Sixth Street SW
Suite C
Rochester, MN 55902
(507) 282-5850
(507) 282-8900 (facsimile)

ATTORNEY FOR DEFENDANTS LISA M. STRYESKI & BETH A. STRYESKI

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be, and the same hereby is, dismissed with prejudice without costs or disbursements to any party.

Dated: July 22, 2002

DAVID S. DOTY
United States District Judge

M2:20455863.01

**RELEASE AND SETTLEMENT AGREEMENT**

This Release and Settlement Agreement (the "Agreement") is entered into by and among Metropolitan Life Insurance Company ("MetLife"), Unisys Corporation Group Life Insurance Program (the "Plan"), Beth Ann Stryeski, Lisa Marie Stryeski, and Jacqueline Stanley.

For the purpose of this Release, the following terms and definitions shall apply.

(a) "Releasors" shall mean Beth Ann Stryeski, Lisa Marie Stryeski, Jacqueline Stanley on behalf of herself and as Guardian of her minor children, Max Stryeski, Jake Stryeski and Alex Stryeski, their heirs, executors, administrators, personal representatives, successors and assigns.

(b) "Releasees" shall mean MetLife, the Plan, and their respective directors, officers, employees, agents, stockholders, administrators, fiduciaries, parent companies, subsidiaries, affiliates, successors and assigns.

(c) "Plan Benefits" shall mean the group life insurance benefits of $98,000.00 (plus interest of 5% from the date of death) on the life of Edward Stryeski provided under the Plan and MetLife group policy no. 35236 (the "Policy").

(d) "Claims and Causes of Action" shall mean and include any and all claims, demands, benefits, debts, contracts, damages, attorney's fees, costs, judgments, actions and causes of action, of whatever nature, whether in law or equity, now known or unknown, arising from, based upon or related to claims for Plan Benefits under the Plan and Policy.

WHEREAS, Edward Stryeski ("Decedent") was an employee of Unisys Corporation and a participant in the Plan;

WHEREAS, the Plan is an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974("ERISA");

WHEREAS, on or about February 10, 1997, Edward Stryeski designated the "Standard" beneficiary designation, for which his Basic Life Insurance Plan benefits would be payable. This selection states that "I hereby designated the Standard beneficiary as indicated below for death benefits under all Plans. Any benefit payable at my death will be paid to my: spouse, if living at my death; if my spouse is not living, surviving children equally, including any legally adopted children; if no children survive, surviving parents equally; if neither parent survives, surviving brothers and sisters equally; if no brothers and sisters survive, estate;"

WHEREAS, Edward Stryeski and Jacqueline Stanley were divorced in Dakota County, Family Court Division in Minnesota on May 13, 1998, and the Divorce Decree states, in pertinent part, "The respondent shall maintain the petitioner as beneficiary on a



EXHIBIT A

life insurance policy on his life in an amount equal to twice his annual salary. Respondent shall do so for as long as he owes the minor children an obligation of support as herein defined…;"

WHEREAS, Edward Stryeski's surviving children include Beth Ann Stryeski, Lisa Marie Stryeski, Max Stryeski, Jake Stryeski and Alex Stryeski;

WHEREAS, Edward Stryeski died on March 25, 2001;

WHEREAS, Lisa Marie Stryeski, the Decedent's adult daughter, filed a Claimant's Affidavit for the Plan Benefits;

WHEREAS; Jacqueline Stanley, the Decedent's ex-wife, filed an intent to obtain full coverage of the Plan based on the Divorce Decree between her and Decedent;

WHEREAS, based on the foregoing, MetLife, the claims administrator for the Plan, is uncertain who is the proper beneficiary;

WHEREAS, Lisa Marie Stryeski, Beth Ann Stryeski, and Jacqueline Stanley have agreed to amicably resolve their conflicting claims to the Plan Benefits so that MetLife will pay the death benefits under the Plan in the following manner:

a) $2,500 to Beth Ann Stryeski;
b) $2,500 to Lisa Marie Stryeski;
c) $93,000 to Jacqueline Stanley.

WHEREAS, Beth Ann Stryeski and Lisa Marie Stryeski represent that the claims of Joseph S. Klecatsky & Sons Funeral Home have been resolved;

NOW, THEREFORE, in consideration of payment by MetLife and the Plan of Ninety-Three Thousand and 00/100 Dollars ($93,000.00), plus applicable interest to Jacqueline Stanley, and Two Thousand Five Hundred and 00/1000 Dollars ($2,500) to each of (1) Lisa Marie Stryeski and (2) Beth Ann Stryeski, and for other good and valuable consideration, receipt of which is hereby acknowledged, Releasors hereby agree as follows:

1. All representations in the preceding paragraphs of this Agreement are incorporated in and made a part of this Release.

2. Releasors release and forever discharge Releasees from all Claims and Causes of Action.

3. Releasors acknowledge and agree that this Agreement represents resolution of a disputed claim and is not to be construed as an admission of liability for any amount in excess of the Plan Benefits by Releasees, each of whom expressly deny such liability.

4. Releasors understand and agree that the Agreement shall not be subject to any claims of mistake of fact and that it expresses the FULL, COMPLETE and FINAL SETTLEMENT of all Claims and Causes of Action.

5. Releasors understand and agree that this Agreement constitutes the ENTIRE AGREEMENT relating to resolution of the Claims and Causes of Action, and shall not be amended, modified or changed except in writing signed by each Releasor and each Releasee.

6. This Agreement does not amend, and is not intended to be an amendment to, the Plan.

7. Releasors represent that they have had the opportunity to consult with their respective legal counsel, and that they each have the capacity to enter into this Release, and that they do so willingly and voluntarily, and with full understanding of this Release, and INTENDING TO BE LEGALLY BOUND HEREBY.

8. This Agreement may be executed in counterparts, each to be fully effective.

9. This Agreement will release Jacqueline Stanley from any and all claims for a share of the life insurance proceed.

10. Lisa M. Stryeski and Beth A. Stryeski agree to defend and indemnify MetLife against any future claims arising out of or relating to the funeral expenses of Edward Stryeski.

11. This matter shall be dismissed with prejudice and without costs of attorneys' fees to any party.

Dated: April 29, 2002

METROPOLITAN LIFE INSURANCE COMPANY

By: Erin K. Turner

Erin K. Turner (#305923)
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
(612) 766-1600 (facsimile)

Dated: April 22, 2002

LISA M. STRYESKI

By: Paul E Deloughery

Paul Deloughery
119 Sixth Street SW ID # 292084
Suite C
Rochester, MN 55902
(507) 282-5850
(507) 282-8900 (facsimile)

ATTORNEY FOR LISA M. STRYESKI

Dated: April 22, 2002

BETH A. STRYESKI

By: Paul E Deloughery

Paul Deloughery
Gullickson, Peterson & Ziebell
119 Sixth Street SW ID# 292084
Suite C
Rochester, MN 55902
(507) 282-5850
(507) 282-8900 (facsimile)

ATTORNEY FOR BETH A. STRYESKI

Dated: April 16, 2002

JACQUELINE STANLEY

By: [signature]

Michael C. Black
Michael C. Black Law Office, Ltd.
Suite 201
265 W. Seventh Street
St. Paul, MN 55102
(651) 222-2587
(651) 222-2589 (facsimile)

ATTORNEY FOR JACQUELINE STANLEY

M2:20455797.01